1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT COURT OF CALIFORNIA
10                                    SOUTHERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>KUAN YIH WUO aka KATHY WUO, an individual, STEVE TSU-PONG WUO, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 8:20-cv-00086 JVS (DFMx)<br><br>**JUDGMENT** |

      This action came before the Court on a Motion for Summary Judgment filed by Plaintiff United National Insurance Company against Defendants Kuan Yih Wuo aka Kathy Wuo and Steve Tsu-Pong Wuo, on November 16, 2020, Honorable James V. Selna, District Judge Presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, and the Court having considered Defendants' objections to the proposed Judgment,

     IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff United National Insurance Company and against Defendants Kuan Yih Wuo

aka Kathy Wuo, an individual and Steve Tsu-Pong Wuo, an individual, on Plaintiff's claim for breach of contract, common count for money owed, and declaratory relief.

Plaintiff shall recover the sum of $237,500 (two hundred and thirty-seven thousand, five hundred thousand dollars), jointly and severally, from Defendants Kuan Yih Wuo aka Kathy Wuo, an individual and Steve Tsu-Pong Wuo, an individual.

Plaintiff shall further recover pre-judgment interest on the sum of $185,000 commencing from April 5, 2019, to the date the judgment is entered at 10% per annum, for an additional sum of $30.664.38 ($185,000 x .10 x 605/365) jointly and severally, from Defendants Kuan Yih Wuo aka Kathy Wuo, an individual and Steve Tsu-Pong Wuo, an individual.

Plaintiff shall further recover costs in the sum of $ _____, jointly and severally, from Defendants Kuan Yih Wuo aka Kathy Wuo, an individual and Steve Tsu-Pong Wuo, an individual.

The Court DECLARES that United National Insurance Company policy number L7720579, in effect from March 9, 2015, and renewed twice annually through March 9, 2018, requires United National Insurance Company to pay damages and "Claims Expense" on behalf of the insured only when such damages or "Claims Expense" exceed $2,500 per each individual claimant, and the payment of $2,500 per each individual claimant is the responsibility of the insured.

Dated: November 30, 2020

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE